NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEO O. ROBINSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7045

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1854, Judge John J. Farley, III.

---

**ON MOTION**

---

**ORDER**

Leo O. Robinson moves without opposition for leave to file his reply brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

LEO ROBINSON v. SHINSEKI                                         2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21